766

Court of Appeals for the Third Circuit denied. *Messrs. John C. Sherriff* and *W. Pitt Gifford* for petitioner. *Mr. B. B. McGinnis* for respondent.

No. 863. NATIONAL LIFE ASSN. *v.* HOWE. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. John C. Sherriff* and *W. Pitt Gifford* for petitioner. *Mr. B. B. McGinnis* for respondent.

No. 865. HOOPER *v.* BALULIS ET AL. June 2, 1930. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. James H. Hooper, pro se.* No appearance for respondents.

No. 866. UNITED STATES EX REL. WALTER E. HELLER & Co. *v.* MELLON, SECRETARY OF THE TREASURY. June 2, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Nathan B. Williams* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch* and *Mahlon D. Kiefer* for respondent.

No. 868. CHICAGO & EASTERN ILLINOIS RY. CO. *v.* NOELL ET AL. June 2, 1930. Petition for writ of certiorari to the St. Louis Court of Appeals of Missouri denied. *Messrs. Ralph T. Finley, James C. Jones, Frank H. Sullivan, James C. Jones, Jr.,* and *Lon O. Hocker* for petitioner. *Mr. David W. Hill* for respondents.